Dismissed and Memorandum Opinion filed April 8, 2004









Dismissed and Memorandum Opinion filed April 8, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01368-CR

____________

 

WAYNETTA
NOLAN, Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

 



 

On Appeal from the 338th District Court

Harris
County, Texas

Trial Court Cause No. 946,557

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with
this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed April 8, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.

Do not publish C Tex.
R. App. P. 47.2(b).